IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DARRYL HEMPHILL, )<br>    a/k/a "D" )<br>    a/k/a "D-Hemp" )<br>MIKIE MARCELL CALDWELL, )<br>    a/k/a "Big Mike" )<br>GABRIEL L'AMBIANCE INGRAM, )<br>    a/k/a "Big Shot" )<br>    a/k/a "Big Shot Rock" )<br>    a/k/a "Rock" )<br>ARCHIE ARSENIO CALDWELL, )<br>    a/k/a "Nuk" )<br>    a/k/a "Nuk Crook" )<br>DARRELL LAROD CROCKETT, )<br>    a/k/a "Unc" )<br>    a/k/a "Croc" )<br>PATRICIA ANN HEMPHILL, )<br>DRECE LAROD MCMULLEN, )<br>    a/k/a "Cup" )<br>HERBERT REGINALD DEMARIO DEWESE, )<br>    a/k/a "50" )<br>    a/k/a "Big 50" )<br>CRAVELYN SQUILLA DAVIS, )<br>    a/k/a "Sack" )<br>    a/k/a "Sack Gabanna" )<br>ODARRIUS BREONTE ADAMS, )<br>    a/k/a "Breezy" )<br>SEQVOYA ANGINETTE NEELY, )<br>    a/k/a "Sequoya Anginette Neely" )<br>RONDAL ROLLIN )<br>) | CRIMINAL ACTION NO.:0:18-00557 |

## **<u>CONTINUANCE ORDER</u>**

      This matter comes before the court on motion of the Defendants, with consent of the Government, for a continuance of this case for two terms of court, specifically until the

December 11, 2018, term of court. Counsel for each Defendant requested a continuance as discovery is currently ongoing and will be voluminous as this is a wiretap investigation. Each Defendant concurred with the request for a continuance.

In reaching the conclusion the proposed continuance is appropriate, the Court has balanced the best interest of the public and the Defendants in a speedy trial against the ends of justice, and finds that the latter outweighs the former. The Court finds a continuance for two terms of court will allow defense counsel the time necessary for review of the case and voluminous discovery with the Defendants and will afford the parties the opportunity to begin plea negotiations, if appropriate, which could possibly avoid the need for a trial.

Therefore, the Court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the Court specifically finds, based on the entire record before it, that the ends of justice served by the granting of this continuance outweigh the interests of the public and the Defendants in a speedy trial.

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. Darryl Hemphill, et al,* Criminal No. 0:18-00557, be continued for two terms of court, specifically until the Court's December 11, 2018, term of court, and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, *et. seq.*

**IT IS SO ORDERED.**

<u>s/ Mary Geiger Lewis</u>
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

August 6, 2018

Columbia, South Carolina