IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL ACTION NO.:0:18-557 |
| ) | |
| v. ) | |
| ) | |
| DARRYL HEMPHILL, ) | |
|     a/k/a "D" ) | |
|     a/k/a "D-Hemp" ) | |
| MIKIE MARCELL CALDWELL, ) | |
|     a/k/a "Big Mike" ) | |
| GABRIEL L'AMBIANCE INGRAM, ) | |
|     a/k/a "Big Shot" ) | |
|     a/k/a  "Big Shot Rock" ) | |
|     a/k/a "Rock" ) | |
| DARRELL LAROD CROCKETT, ) | **CONTINUANCE ORDER** |
|     a/k/a "Unc" ) | |
|     a/k/a "Croc" ) | |
| CARL MICHAEL MANN, II, ) | |
|     a/k/a "Pike" ) | |
| ODARRIUS BREONTE ADAMS, ) | |
|     a/k/a "Breezy" ) | |
| ) | |

This matter is before the Court, sua sponte, and upon the motion of the Defendant Carl Mann's attorney for a continuance of this matter scheduled for April 7, 2021 until this court's term scheduled for August 4, 2021.  The grounds for this continuance are that the continuing and evolving COVID-19 national public health emergency and the resulting necessary modifications of court operations, including the court's reduced ability to obtain an adequate spectrum of jurors and the public health considerations associated with criminal jury trials, pose a serious health risk to the parties, their counsel, potential jurors and other court personnel based upon the lack of ability to social distance as prescribed by the Center of Disease Control.  Moreover, given the number of defendants remaining in this case and the need to socially distance everyone, the courthouse is not capable of

safely conducting this trial during this term. In addition, attorney for Defendant Carl Mann was recently appointed in this case. Currently, there are more than 18,000 pages of discovery along with three (3) months of wiretap evidence in the case. Counsel requested additional time to review this material before the start of this case.

All of the defendants, with the exception of Defendants Ingram and Adams, agreed to the continuance and waived their rights under the Speedy Trial Act. The Court overrules the objections by Defendants Ingram and Adams based upon the COVID-19 national public health emergency and the recent addition of new counsel.

In reaching the conclusion that the proposed continuance is appropriate, the Court has balanced the best interest of the public and the defendants in a speedy trial against the ends of justice and finds that the latter outweighs the former. The Court finds that a continuance until the August 4, 2021 term of court will allow ample time for the national public health emergency and the resulting necessary modifications of court operations to be better managed and to give new counsel ample time to review the discovery in this case.

Therefore, the court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the court specifically finds, based on the entire record before it, that the ends of justice served by the granting of this continuance outweighs the interests of the public and the defendants in a speedy trial.

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. Darryl Hemphill, et al.,* Criminal No. 0:18-557, be continued until the court's August 4, 2021, term of court and that all such period of delay is hereby excluded in computing the time within

which trial must begin pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, *et. seq.*

    **IT IS SO ORDERED.**

                                                             s/Mary Geiger Lewis
                                                             MARY GEIGER LEWIS
                                                             UNITED STATES DISTRICT JUDGE

April 2, 2021
Columbia, South Carolina